UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WENDELL D. TAYLOR, JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL L. HOLMES, MARK T. LITHERLAND and WEXFORD HEALTH SOURCES, INC., <br><br> Defendants. | Case No. 02-cv-4232-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motions for voluntary dismissal of some claims and rendered decisions as to other claims,

IT IS HEREBY ORDERED AND ADJUDGED plaintiff Wendell D. Taylor, Jr.'s claim for intentional infliction of emotional distress (Count II) against defendant Michael L. Holmes is dismissed without prejudice and without costs; and

IT IS FURTHER ORDERED AND ADJUDGED that all other claims in this case are dismissed with prejudice and without costs.

NORBERT JAWORSKI

Dated:  January 20, 2006                          s/Judith Prock, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**